IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02070-REB-BNB

LINDA BLAKELY,
FRED FRICKE, and
PAUL RODY,

Plaintiffs,

v.

SUNRISE SENIOR LIVING SERVICES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Motion to Amend Answer** [docket no. 13, filed February 28, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing docket no. 14, the Amended Answer.

DATED:  March 2, 2007