**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02070-REB-BNB

LINDA BLAKELY,
FRED FRICKE, and
PAUL RODY,

     Plaintiffs,

v.

SUNRISE SENIOR LIVING SERVICES, INC.,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice** [#17], filed May 2, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulated Motion To Dismiss With Prejudice** [#17], filed May 2, 2007, is **GRANTED**;

     2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

     3. That the Trial Preparation Conference set for March 21, 2008, is **VACATED**; and

2

4.  That the jury trial set to commence April 7, 2008, is **VACATED**.

Dated May 3, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**